ACCEPTED
15-25-00089-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/11/2025 9:49 AM
CHRISTOPHER A. PRINE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/11/2025 9:49:30 AM
CHRISTOPHER A. PRINE
Clerk

**TODD DICKERSON**
Assistant Attorney General
General Litigation Division

PHONE:     (737) 228-7280
FAX:       (512) 320-0667
EMAIL:     Todd.Dickerson@oag.texas.gov

June 11, 2025

*Via ECF*

Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re:     *Texas Department of Agriculture, et al. v Be a Champion, Inc., et al., Case No. 15-25-00089-CV (15th Court of Appeals)*

Dear Mr. Prine:

Please be advised that the undersigned counsel for Appellants Texas Department of Agriculture will be on vacation leave from July 15, 2025 through July 26, 2025. I respectfully request that no hearings, conferences, trial, other court appearances, or deadlines be scheduled during this period. I would also request that no discovery be propounded during this period.

Thank you for your courtesy and consideration in this matter.

Sincerely,

Todd Dickerson
Assistant Attorney General
General Litigation Division

**CC:** *Via ECF*

Kevin J. Terrazas
Jennifer A. Foster
Benjamin L. Dower
Terrazas Pllc
101 S. Capital of Texas Hwy., Ste. L-250
Austin, Texas 78746
Phone: (512) 680-3257
kterrazas@terrazaspllc.com
jfoster@terrazaspllc.com
bdower@terrazaspllc.com

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Todd Dickerson on behalf of Todd Dickerson
Bar No. 24118368
todd.dickerson@oag.texas.gov
Envelope ID: 101876719
Filing Code Description: Letter
Filing Description: 20250611_Dickerson Vacation Letter
Status as of 6/11/2025 10:10 AM CST

Associated Case Party: Be a Champion, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kevin Terrazas | 24060708 | kterrazas@terrazaspllc.com | 6/11/2025 9:49:30 AM | SENT |
| Benjamin Dower | 24082931 | bdower@terrazaspllc.com | 6/11/2025 9:49:30 AM | SENT |
| Jennifer Foster | 24104938 | jfoster@terrazaspllc.com | 6/11/2025 9:49:30 AM | SENT |

Associated Case Party: Texas Department of Agriculture

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Todd Dickerson | | todd.dickerson@oag.texas.gov | 6/11/2025 9:49:30 AM | SENT |
| Chelsea Goodman | | chelsea.goodman@oag.texas.gov | 6/11/2025 9:49:30 AM | SENT |